IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DANIEL DUANE BOGGESS,

    Petitioner,        No. CIV S-11-2761 DAD P

  vs.

OCHOA, Warden,

    Respondent.       ORDER
_____/

        Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. Petitioner filed his petition on October 20, 2011. The court's own records reveal that petitioner has previously filed with this court a petition containing identical allegations, naming the same respondent. See Case No. CIV S-11-2754 JFM.[1] Due to the duplicative nature of the present case, the court will dismiss this habeas action.

/////

/////

/////

/////

---

[1] A court may take judicial notice of court records. See MGIC Indem. Co. v. Weisman, 803 F.2d 500, 505 (9th Cir. 1986); United States v. Wilson, 631 F.2d 118, 119 (9th Cir. 1980).

1

1       Accordingly, IT IS HEREBY ORDERED that this action is dismissed as

2 duplicative of Case No. CIV S-11-2754 JFM.

3 DATED: November 2, 2011.

                                                    /s/ Dale A. Drozd
                                                    DALE A. DROZD
6 DAD:9                                      UNITED STATES MAGISTRATE JUDGE
  bogg2761.123