1

2

3

4

5

6

7

8                          IN THE UNITED STATES DISTRICT COURT

9                        FOR THE EASTERN DISTRICT OF CALIFORNIA

10   DANIEL DUANE BOGGESS,

11            Petitioner,                      No. CIV S-11-2761 DAD P

12        vs.

13   OCHOA, Warden,

14            Respondent.                      ORDER

15   _____/

16            Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas

17   corpus pursuant to 28 U.S.C. § 2254.  Petitioner filed his petition on October 20, 2011.  The

18   court's own records reveal that petitioner has previously filed with this court a petition

19   containing identical allegations, naming the same respondent.  See Case No. CIV S-11-2754

20   JFM.[1]  Due to the duplicative nature of the present case, the court will dismiss this habeas action.

21   /////

22   /////

23   /////

24   /////

25

26   [1] A court may take judicial notice of court records.  See MGIC Indem. Co. v. Weisman, 803 F.2d 500, 505 (9th Cir. 1986); United States v. Wilson, 631 F.2d 118, 119 (9th Cir. 1980).

1

1          Accordingly, IT IS HEREBY ORDERED that this action is dismissed as

2   duplicative of Case No. CIV S-11-2754 JFM.

3   DATED: November 2, 2011.

4

5                                              _____

                                               DALE A. DROZD

6   DAD:9                                      UNITED STATES MAGISTRATE JUDGE

    bogg2761.123

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26